UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STEPHEN PATRICK TULLIUS, | § | |
| | § | CASE NO. 3:11-MC-00365-KC |
| Debtor. | § | |
| | § | |
| _____ | § | Appeal from: |
| | § | Order Regarding Washington Federal |
| LA TIERRA INTERIORS, INC. and LA | § | Savings' Motion to Quash Subpoena For |
| TIERRA INTERIORS SOLID SURFACES, | § | Rule 2004 Examination and |
| LLC, | § | Order Regarding Motion to Compel |
| | § | Washington Federal Savings' Compliance |
| Appellants, | § | With Court Order for Sanctions |
| | § | |
| v. | § | |
| | § | |
| WASHINGTON FEDERAL SAVINGS, | § | |
| | § | |
| Appellee. | § | |

## WASHINGTON FEDERAL SAVINGS'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD FOR APPEAL

**TO THE CLERK OF THE COURT:**

Comes now **Washington Federal Savings**, submitting its Designation of Additional Items to be Included in the Record on Appeal. On December 5, 2011, La Tierra Interiors Solid Surfaces, LLC and La Tierra Interiors, Inc. filed its Designation of Record for Appeal. In addition to those items identified by Appellants, Washington Federal Savings designates the following items to be included in the record on appeal, all of which were filed in case number 11-30382-HCM in the United States Bankruptcy Court, Western Division of Texas, El Paso Division in the case styled *In re: Stephen*

1

1136742v.2 17494/00200

*Patrick Tullius, Debtor*:

1.    Debtor's Statement of Financial Affairs;

2.    Subpoena for Rule 2004 Examination;

3.    Order Granting Motion for Expedited Hearing on Washington Federal Savings' Motion to Quash Subpoena for Rule 2004 Examination entered on June 13, 2011;

4.    Notice of Hearing on Washington Federal Savings' Motion to Quash Subpoena for Rule 2004 Examination filed June 13, 2011;

5.    Order Granting Motion for Expedited Hearing entered on July 27, 2011;

6.    Notice of Expedited Hearing on La Tierra's Motion to Compel Washington Federal Savings' Compliance With Court Order, and for Sanctions;

7.    Transcript of hearing held June 29, 2011;

8.    Transcript of hearing held August 3, 2011.

Respectfully submitted,

KEMP SMITH LLP
221 N. Kansas, Ste. 1700
El Paso, Texas 79901
(915) 533-4424
(915) 546-5360 (FAX)

By:_____
JAMES W. BREWER
State Bar No. 02965200

*Attorneys for Washington Federal Savings*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

W. Matt Watson
Watson & Maynez, P.C.
1123 E. Rio Grande
El Paso, Texas 79902

Michael Nevarez
P.O. Box 920786
El Paso, Texas 79902

I further certify that on the __ day of December, 2011, I served the following by certified mail, return receipt requested:

Stuart C. Cox
Chapter 13 Trustee
1760 N. Lee Trevino
El Paso, Texas 79936

James W. Brewer

3

1136742v.2 17494/00200