UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STEPHEN PATRICK TULLIUS, | § | |
| | § | CASE NO. 3:11-MC-00365-KC |
| Debtor. | § | |
| _____ | § | |
| | § | Appeal from: |
| LA TIERRA INTERIORS, INC. and LA | § | Order Regarding Washington Federal |
| TIERRA INTERIORS SOLID SURFACES, | § | Savings' Motion to Quash Subpoena For |
| LLC, | § | Rule 2004 Examination and |
| | § | Order Regarding Motion to Compel |
| Appellants, | § | Washington Federal Savings' Compliance |
| | § | With Court Order for Sanctions |
| v. | § | |
| | § | |
| WASHINGTON FEDERAL SAVINGS, | § | |
| | § | |
| Appellee. | § | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

**TO THE CLERK OF THE COURT:**

I hereby certify that on December 22, 2011 I delivered by certified mail, return receipt requested, a copy of the Designation of Additional Items to be Included in the Record for Appeal of Debt filed on December 22, 2011, to W. Matt Watson, 1123 E. Rio Grande, El Paso, Texas 79902. This service is in addition to the service set out in the certificate of service attached to the Designation.

1

**1136957v.2 17494/00200**

Respectfully submitted,

KEMP SMITH LLP
221 N. Kansas, Ste. 1700
El Paso, Texas 79901
(915) 533-4424
(915) 546-5360 (FAX)

By: \_\_\_\_\_/s/_____
  JAMES W. BREWER
  State Bar No. 02965200

*Attorneys for Washington Federal Savings*